IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN SHACKELFORD,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DOUGLAS COUNTY CORRECTIONAL CENTER, OFFICER NELSON, OFFICER WILSON, OFFICER MCDOOGLE, FLOOR SGT. 6/22/23, and SGT J BALLARD,<br><br>　　　　　　　Defendants. | 8:23CV335<br><br>**MEMORANDUM AND ORDER** |

On October 18, 2023, the Court ordered Plaintiff to pay the $402.00 filing and administrative fees or file a new request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. Filing No. 22. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 27th day of December, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge